

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Charles Lee Timms,                          \* From the 104th District Court
of Taylor County,
Trial Court No. 22364-B.

Vs. No. 11-24-00086-CR                \* May 9, 2024

The State of Texas,                       \* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Charles Lee Timms's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.